|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS VEGA-FIGUEROA,<br><br>    Petitioner,<br><br>    v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Center; JOSEPH FREDEN, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; SIRCE OWEN, Acting Director, Executive Office for Immigration Review; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAM BONDI, Attorney General, U.S. Department of Justice;<br><br>    Respondents. | Case No.:  3:25-cv-03201-BTM-MMP<br><br>**ORDER DISMISSING PETITION**<br><br>**[ECF NO. 3]** |

1  Jose Luis Vega-Figueroa petitioned the Court for a writ of habeas corpus on
2  November 18, 2025.  (ECF No. 1).  On November 25, 2025, he filed a notice of voluntary
3  dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 3.)

4  Vega-Figueroa's petition for a writ of habeas corpus is **DISMISSED** without
5  prejudice.  The hearing to show cause on the petition scheduled for December 12, 2025, is
6  **VACATED**.  The Clerk of the Court is directed to close the case.

7  **IT IS SO ORDERED.**

8  Dated:  November 25, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge